PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Qumar Dennis

Docket No: Cr.: 06-CR820 (N.J.): (00-CR-00449-002 - E/D New York)

Name of Sentencing Judicial Officer: The Honorable Allyne R. Ross, E/D NY

Transfer of Jurisdiction to New Jersey: 10/3/06. Assigned to Judge Jose L. Linares, Newark.

Date of Original Sentence: 11/22/99; Violation of Supervised Release 5/26/04.

Original Offense: Conspiracy to Import Cocaine (21:963 & 960 (b)(2)).

Original Sentence: 7 months (time served).

Type of Supervision: 4 years Supervised Release. Violated on 5/26/04: sentenced to 3 months imprisonment, to be followed by 3 years, nine months supervised release.

Date Supervision Commenced: 11/22/99; released on new supervised release term on 7/12/04.

Assistant U.S. Attorney: Kelily T. Currie (Brooklyn, N.Y.)          Defense Attorney: Roger J. Bernstein

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.     The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

   The offender failed to inform the United States Probation Officer of her arrest by the Essex County Sheriff's Dept., Newark on 9/2/06. She is charged with "Possession of CDS." At the time of this Petition, the offender is currently being held at Essex County Jail in Newark..

PROB 12C - Page 2
Qumar Dennis

2.  The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

    The offender traveled to the State of Florida without the permission of the United States Probation Officer in the month of February 2006. She was directed to return to the District of New Jersey, and failed to do so.

3.  The offender has violated the supervision condition which states ' **You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

    The offender failed to report as directed on 1/10/06, 2/20/06, 3/20/06, 4/17/06, 5/15/06, 6/19/06, 8/21/06 and every date thereafter. .

4.  The offender has violated the supervision condition which states **The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

    The offender failed to attend outpatient counseling at St. Michael's Hospital in Newark as directed on 12/14/05, 1/16/06 and every date thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

By: Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 12/11/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12.29.2006
Date